# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED DECEMBER 18, 2014

## NO. 03-14-00428-CV

**Lakecroft, Ltd. and Western Hemisphere Investments Corp., Appellants**

**v.**

**Randal H. Adams, Susan Adams, Hope Alcorta, Alfred Anderson, Janice Anderson, Brian Ash, Elizabeth Ash, Bent Bean, Stacey Bean, James Brady, Richard Byrd, Krin Byrd, Donald Carberry, Marcia Carberry, Bertrand Chartier, Joyce Claytor, Edwin Coinson, Denice Moran Coinson, Rocky Collette, Jennifer Collette, Sam Collette, Carol Ann Collette, Mike Crelin, Daniele Crelin, Henry W. De la Rosa, John Dettmer, Sally Dettmer, Melissa Duvall, Rachael V. East, Stephen Edlund, Christopher Ewing, Jack Fehrenbach, Ronald Fey, Grace Fey, Andrew T. Fiedler, Rhoda Fiedler, Donald Charles Fleming, Fresh Start Builders, David Glasscock, Gerald Gueldner, John Gueldner, Geraldine Gueldner, William Hagerman, Dianne Hagerman, Harve John Hagerty, Jacqueline Harris, Gary Holcomb, Lori Holcomb, Bill D. Hood, Dorothy Hood, John Hughes, Janice Hughes, Carmen Kane, Leonard Tumolo, Timothy Keith, Deborah Keith, Randy Kerner, Cynthia Kerner, David Lewis, Lan Lewis, Lori K. Lindsay, Lisa F. Landford, Esther Lucio, William T. Maurer, Julie McCollum as Trustee of the Frederick G. McCollum and Julie A. McCollum Revocable Living Trust, Katherine McDaniel, Gary Mercer, Vivian Mae Merrit, Dalton Mewis-Heddleston, Tami Mewis, Richard Miller, Jeanne Butler, Sharon Mooney, Terri Mooney, E.D. Morrison, Richard Morrison, Helen Elizabeth Morrison, Kenneth W. Pape, Darlene Parsons, Larry Pratt, Robert Ragland, Bernard Charles Reck and Anna Maria Reck, co-Trustees of the Bernard C. Reck and Anna M. Reck Revocable Living Trust, Rittiman Ranches LLC, Paul Rohler, Jennifer Rohler, Megan Rutledge, Earl Schacherl, Janice Schacherl, Josef Scherm, Lilia Scherm, Dorothy Schroeder, Marcus Schulte, Cheryl Schulte, Michael R. Stewart, Karen Stewart, Barbara Stuart, Rick Sutton, Gabriela Sutton, Raul Tijerina, Nancy Talbott, Rob Q. Talbott, Jeff Turpin, Glenn Wash, Keith Weidner, Sunda Weidner, Ian Whitehead, David Willson, Phil Zaccaria, Terri Zaccaria, Edward Zeigle, and Susan Zeigle, Appellees**

## APPEAL FROM 274TH DISTRICT COURT OF COMAL COUNTY
### BEFORE JUSTICES PURYEAR, PEMBERTON, AND FIELD
### AFFIRMED -- OPINION BY JUSTICE PEMBERTON

This is an appeal from the judgment signed by the district court on June 16, 2014. Having

reviewed the record and the parties' arguments, the Court holds that there was no reversible error

in the district court's judgment.  Therefore, the Court affirms the district court's judgment.  The appellants shall pay all costs relating to this appeal, both in this Court and the court below.